JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MAGDALENO,<br><br>      Plaintiff,<br><br>    v.<br><br>COLUMBIA DEBT RECOVERY, LLC DBA GENESIS,<br><br>      Defendant. | Case No. 8:24-cv-01947-JWH-KESx<br><br>**JUDGMENT** |

1 | Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about October 22, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-